FILED

2008 MAY 20 P 3 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10                                              )    C08      C 2556
11                          Plaintiff,          )    CASE NO. _____
12          vs.                                 )    PRISONER'S
                                                )    APPLICATION TO PROCEED  MMC
13                                              )    IN FORMA PAUPERIS
14                          Defendant.          )
15   _____ )

16          I, KENNETH DELGADO , declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22          In support of this application, I provide the following information:

23   1.     Are you presently employed? Yes ____ No ✓

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____ Net: _____

27   Employer: _____

28   _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Delgado, Kenneth C66319 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT          [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020                 where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ 13.80 .

Dated: 5/16/08                L. macas
                                        [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/16/0
                                                            PAGE NO:
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY  16, 2008

     ACCOUNT NUMBER : C62219                  BED/CELL NUMBER: FCB8T2000000208L
     ACCOUNT NAME   : DELGADO, KENNETH R           ACCOUNT TYPE: I
     PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
          TRAN
     DATE CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS    WITHDRAWALS    BALANCE
     ----- ---- -------------- ---------- ---------- ----------- ----------- -----------

     11/01/2007   BEGINNING BALANCE                                             101.76

     11/01 W512 LEGAL POSTAGE 1225 ENVEL                             0.60       101.16
     11/01 W516 LEGAL COPY CH 1226 LCOPY                             6.00        95.16
     11/01 W512 LEGAL POSTAGE 1227 LPOST                             2.50        92.66
     11/07 FC03 DRAW-FAC 3    1276 C8                               35.00        57.66
     11/09 W512 LEGAL POSTAGE 1316 LPOST                             2.67        54.99
     11/27 W512 LEGAL POSTAGE 1435 LPOST                             2.16        52.83
     11/27 W512 LEGAL POSTAGE 1435 LPOST                             1.65        51.18
     12/10 FR01 CANTEEN RETUR 701518                    35.00-                   86.18
     12/10 FC03 DRAW-FAC 3    1522 C8                               35.00        51.18
     12/12 W512 LEGAL POSTAGE 1565 ENVEL                             0.85        50.33
     12/14 W516 LEGAL COPY CH 1585 LCOPY                             0.70        49.63
        ACTIVITY FOR 2008
     01/08 FR01 CANTEEN RETUR 701750                    35.00-                   84.63
     01/08 FC03 DRAW-FAC 3    1754 C8                               45.00        39.63
     02/07 W512 LEGAL POSTAGE 2060 ENVEL                             0.60        39.03
     02/08 FR01 CANTEEN RETUR 702084                    37.35-                   76.38
     02/08 FC03 DRAW-FAC 3    2088 C8                               45.00        31.38
     03/10 FR01 CANTEEN RETUR 702329                    45.00-                   76.38
     03/10 FC03 DRAW-FAC 3    2333 C8                               45.00        31.38
     03/26 W516 LEGAL COPY CH 2493 LCOPY                             4.80        26.58
     04/07 FC03 DRAW-FAC 3    2574 C8                               26.58         0.00


                              CURRENT HOLDS IN EFFECT
         DATE        HOLD
        PLACED       CODE           DESCRIPTION            COMMENT     HOLD AMOUNT
     ----------      ----   -------------------------------- ----------  -----------
     04/10/2008      H110   COPIES HOLD                     2603 MCOPY         0.36
     04/15/2008      H110   COPIES HOLD                     2659MCOPY          0.36
     04/18/2008      H102   EYEGLASSES HOLD                 2699 OPTIC        33.50
     05/13/2008      H110   COPIES HOLD                     2897  COPY         0.36
     05/13/2008      H109   LEGAL POSTAGE HOLD              2892 ENVEL         0.60
```

REPORT .ID: TS3030   .701                                      REPORT DATE: 05/16/08
                                                               PAGE NO:        2

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU MAY  16, 2008

ACCT:  C62219      ACCT NAME: DELGADO, KENNETH R           ACCT TYPE: I

                            TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 101.76 | 0.00 | 101.76 | 0.00 | 35.18 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.  5/16/08
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  A. macias SVSP
TRUST OFFICE

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                 ---------------
                                                        35.18-
                                                 ---------------
                                                 ---------------

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   *C(1994) CATER AIR, MILBRE, CALIFORNIA*

5   _____

6   _____

7   2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9      a.   Business, Profession or      Yes _____ No ✓

10        self employment

11      b.   Income from stocks, bonds,     Yes _____ No ✓

12        or royalties?

13      c.   Rent payments?           Yes _____ No ✓

14      d.   Pensions, annuities, or       Yes _____ No ✓

15        life insurance payments?

16      e.   Federal or State welfare payments,   Yes _____ No ✓

17        Social Security or other govern-

18        ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.     Are you married?          Yes _____ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.   a.   List amount you contribute to your spouse's support:$ _____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?         Yes ____  No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?              Yes ____  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? Yes ____  No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____  No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____  No ✓

_____

8.    What are your monthly expenses?    NONE (STATE PRISONER)

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9.     Do you have any other debts?  (List current obligations, indicating amounts and to

whom they are payable.  Do not include account numbers.)

_____ *No* _____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented

in other lawsuits?    Yes ____  No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

which they were filed.

_____

_____

        I consent to prison officials withdrawing from my trust account and paying to the court

the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and

understand that a false statement herein may result in the dismissal of my claims.

_5/13/08_____                    _____

DATE                            SIGNATURE OF APPLICANT

1
2                                            Case Number: _____ _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                      **IN**
10                          **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
              [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____ _____            _____
20                                         [Authorized officer of the institution]
21
22
23
24
25
26
27
28

                                        - 5 -

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, *KENNETH DELGADO* declare under penalty of perjury that: I am the *PLAINTIFF* in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this *13* day of *MAY*, 20 *08*, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) *Kenneth Delgado*

DECLARANT/PRISONER

-------------------------------------------------------------

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, *Kenneth Delgado*, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On *MAY 13*, 20 *08*, I served the foregoing: *COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983*

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION 280 SOUTH FIRST STREET, # 2112 SAN JOSE CALIFORNIA 95113-3008*

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: *MAY 13*, 20 *08*,              *Kenneth Delgado*

DECLARANT/PRISONER

SEP-17-2004  12:22                                                                        P.02/04

State of California                                                              ıpartment of Corrections

# Memorandum

| WARDENS ROUTE | | | |
|---|---|---|---|
| COPY: ✓ | ☑AA | | COPIES: /  / |
| ASSIGNED TO: ■ | ☑CDW      ☐HCM | | ☐ISU ☐ERO ☐IS.T |
| | ☑CA I II BS CO HCS | | ☐IGI ☐UOF ☐IWTIP |
| ☑HQ FILE | ☑Custody Captain | | ☐JPO ☐ALL STAFF |
| ☐REGION FILE | ☑FC A B C D | | ☑APPEALS |
| ☐SVSP FILE | ☐CPM      ☑CBM | | ☑LITIGATIONS |
| | ☑SCEP     ☐C&PR | | ☐Mail-Room |

Date  :   September 17, 2004

To   :   Regional Administrators-Institutions Division
         Wardens
         Litigation Coordinators
         Education and Inmate Programs Unit

Subject:   **PHOTOCOPYING AND MAILING SERVICE FOR LEGAL DOCUMENTS FROM INDIGENT INMATES**

This memorandum will discuss and clarify to what extent the California Department of Corrections (CDC) must provide indigent inmates free photocopying and mailing service to circulate their legal documents.

Numerous questions and concerns have arisen at institutions regarding the various California Code of Regulations (CCR) sections that pertain to the subject of photocopying and mailing of indigent inmates' legal documents. Those sections include:  Section 3134, Indigent Inmates; Section 3160, Inmate access to Courts; Section 3162, Legal Forms and Duplicating Services; and Section 3165, Mailing Legal Documents.

Specifically, Section 3162, Legal Forms and Duplicating Services Mandates, states, in part that, "The printed forms required by state and federal courts which are supplied to the Department by the courts shall be provided to inmates without charge.  Inmates shall be required to pay for the duplication of printed forms and other written or typed materials and for any special paper and envelopes required for mailing to the courts. An inmate who is without funds for 30 days or more after such materials and services are provided shall not be required to pay for the cost of those materials and services."

Section 3134, Indigent Inmates states, in part, "An indigent inmate shall have free and unlimited postage for the mailing of claims to the Board of Control and for the filing of legal documents to any court as described in Section 3165."

Section 3165 (d), states, that "The cost of postage for mailing documents to the courts will be charged against an inmate's trust account unless the inmate is without funds at the time the material is submitted for mailing and remains without funds for 30 days after the documents are mailed."

Regional Administrators-Institutions Division
Wardens
Litigation Coordinators
Education and Inmate Programs Unit
Page 3

In summary, therefore, institutions should initially restrict free copying and mailing of legal documents for an indigent inmate to one copy for the intended court, one copy for the lead opposing party, and one copy for the records of the inmate. The CDC must cover the costs, including postage, for these mailings. The AG constitutes the lead opposing party if the subject of the inmate court action is the CDC or its employees.

If you have questions or require additional information, please contact Frank Lopez, Chief (A), Institution Services Unit, at (916) 323-4242.

CHERYL K. PLILER
Deputy Director
Institutions Division

Attachments

cc: J. S. Woodford        John Dovey            Ernest C. Van Sant
    Suzan L. Hubbard      Renee Kanan, M. D.    Kathleen Keeshen
    Wendy Still           Frank E. Renwick      Jim L'Etolie
    Reynando Accooe       Jackie Cervantes      Kathleen Dickinson
    W. J. Des Voignes     Ombudmen's Office     Frank Lopez