UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH DELGADO,

    Plaintiff,

v.

A. BARNES, T. WOOLF, B. JOHNSON, ELOY MEDINA,

    Defendants.

No. C 08-2556 PJH (PR)

**ORDER EXTENDING TIME**

Plaintiff's motion for an extension of time to oppose the motion to dismiss (document number 23 on the docket) is **GRANTED**. The opposition, if any, shall be filed by February 9, 2010.

**IT IS SO ORDERED.**

Dated: 1/19/10

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\DELGADO2556.EXT-P.wpd