United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

KENNETH DELGADO,

    Plaintiff,

vs.

A. BARNES, T. WOOLF, B. JOHNSON, ELOY MEDINA,

    Defendants.
_____/

No. C 08-2556 PJH (PR)

**ORDER REOPENING CASE AND REFERRING IT FOR MEDIATION**

    This is a civil rights case filed pro se by a state prisoner. The court granted defendant Medina's motion to dismiss and a motion for summary judgment filed by defendants Barnes, Woolf, and Johnson. Plaintiff appealed. The court of appeals affirmed most of the rulings, but reversed and remanded as to Barnes. In view of the reversal and remand, the clerk shall **REOPEN** the case.

    The court has established a Pro Se Prisoner Mediation Program in which certain prisoner civil rights cases are referred to a neutral magistrate judge for mediation. This case is referred to Magistrate Judge Nandor Vadas for possible settlement pursuant to the Pro Se Prisoner Mediation Program. Magistrate Judge Vadas shall conduct mediation proceedings as he deems appropriate and file a report thereafter.

    In view of the referral, further proceedings in this case are **STAYED** until such time as Judge Vadas reports that the case has been settled or cannot be settled. If the case is not settled, the court will enter a scheduling order. The clerk shall mail a copy of the file, including this order, to Magistrate Judge Nandor Vadas in Eureka, California.

    **IT IS SO ORDERED.**

Dated: February 15, 2012.

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

P:\PRO-SE\PJH\CR.08\DELGADO2556.reopen.wpd