UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

KENNETH DELGADO,

        Plaintiff,

    v.

A. BARNES, T. WOOLF, B. JOHNSON, ELOY MEDINA,

        Defendants.

                              /

No. C 08-2556 PJH (PR)

**ORDER DESIGNATING COUNSEL**

        This is a civil rights case filed pro se by a prisoner. On January 14, 2013, the court asked the Federal Pro Bono Project to locate pro bono counsel. The Project has located volunteer counsel willing to be appointed to represent plaintiff. Nathaniel Torres of Morrison & Foerster LLP, is appointed as counsel for plaintiff for all purposes pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

        All proceedings are **STAYED** for four weeks from the date of this order to allow time for Mr. Torres to familiarize himself with the case.

        **IT IS SO ORDERED.**

Dated:  February 11, 2013.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.08\Delgado2556.name counsel.wpd