1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11
12
13  **KENNETH DELGADO,**            | Case No. C 08-2556 PJH (NC)
14                      Plaintiff,  | **[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF KENNETH DELGADO, CDCR NO. C-62219 TO THE UNITED STATES DISTRICT COURT**
15      v.                          |
16  **OFFICER A. BARNES, et al.,**  |
17                      Defendants. | Judge: The Honorable Magistrate Judge Nathanael Cousins
18

19      Plaintiff, KENNETH DELGADO, CDCR No. C-62219, a necessary and material
20  participant in this case is in the custody of the California Department of Corrections and
21  Rehabilitation, and presently confined at Salinas Valley State Prison, Soledad, California in the
22  custody of the Warden, Randy Grounds.
23      ACCORDINGLY, IT IS ORDERED that:
24      A Writ a Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding
25  the Warden of Salinas Valley State Prison and the California Department of Corrections and
26  Rehabilitation to produce inmate KENNETH DELGADO, CDCR No. C-62219, for a Settlement
27  Conference, at the United States District Court in the San Francisco Federal Courthouse,
28

Courtroom A – 15th Floor, 450 Golden Gate Avenue, San Francisco, California on August 29, 2013, at 10:30 a.m..

WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS HEREBY ISSUED

TO: THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND RANDY GROUNDS, WARDEN, SALINAS VALLEY STATE PRISON

YOU ARE COMMANDED to produce the body of inmate KENNETH DELGADO, CDCR No. C-62219, for a Settlement Conference hearing, at the United States District Court at San Francisco Courthouse, Courtroom A – 15th Floor, 450 Golden Gate Avenue, San Francisco, California on August 29, 2013, at 10:30 a.m., and at the termination of said hearing return him to the custody of the warden at Salinas Valley State Prison, or abide by such order of this Court as shall thereafter be made concerning said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings for which his testimony is required in this Court.

IT IS SO ORDERED.

Dated: August 23, 2013

NATHANAEL COUSINS
United States Magistrate Judge
United State District Court
Northern District of California

2

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum (C 08-2556 PJH)