```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  DAMON G. MCCLAIN
    Supervising Deputy Attorney General
 3  VIRGINIA I. PAPAN
    Deputy Attorney General
 4  State Bar No. 143659
     455 Golden Gate Avenue, Suite 11000
 5   San Francisco, CA  94102-7004
     Telephone:  (415) 703-5956
 6   Facsimile:  (415) 703-5843
    Attorneys for Defendant A. Barnes
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
```

| | |
|---|---|
| KENNETH DELGADO,<br><br>                                    Plaintiff,<br><br>     v.<br><br>OFFICER A. BARNES, et al.,<br><br>                                    Defendants. | Case No. C 08-CV-2556 PJH (NC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))<br>AND ORDER<br><br>Date:         August 29, 2013<br>Time:        10:30 am<br>Place:       Courtroom A, 15th floor,<br>                 U.S. District Court,<br>                 450 Golden Gate Avenue,<br>                 San Francisco CA<br><br>Judge:       The Honorable Magistrate<br>                 Judge Nathanael Cousins<br><br>Trial Date:  May 5, 2014<br><br>Action Filed: May 20, 2008 |

Plaintiff Kenneth Delgado and Defendants Officer A. Barnes, et al. (the Parties) have resolved this case in its entirety. Therefore, the Parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

///

1

| | |
|---|---|
| 1 | Each Party shall bear its own litigation costs and attorney's fees. |
| 2 | IT IS SO STIPULATED. |

Dated: 10/18/13

*(signature)*
PLAINTIFF, KENNETH DELGADO

Dated: 10/24/13

*(signature)*
VIRGINIA I. PAPAN
DEPUTY ATTORNEY GENERAL
CALIFORNIA ATTORNEY GENERAL'S OFFICE
*Attorney for Defendants OFFICER A. BARNES, et al.*

In accordance with the Parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: 11/12/13

NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*(Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California)*

SF2009311564
40782039.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 08-CV-2556 PJH (NMC))

# CERTIFICATE OF SERVICE

Case Name: **Delgado v. Barnes, et al.**   Case No.   **C 08-2556 PJH**

I hereby certify that on November 7, 2013, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 7, 2013, at San Francisco, California.

| M. Xiang | /s/ M. Xiang |
|---|---|
| Declarant | Signature |

40814398.doc